FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30 PM 3: 28

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE BABCOCK & WILCOX COMPANY, | § | |
| Plaintiff, | § | Civil Action No. 05-4202 |
| | § | Civil Action No. 06-223 |
| | § | (Consolidated) |
| v. | § | |
| | § | Section "J" (1) |
| MCGRIFF, SEIBELS & WILLIAMS, | § | Judge Carl J. Barbier |
| INC. and MCGRIFF, SEIBELS & | § | |
| WILLIAMS OF TEXAS, INC., | § | Magistrate Judge Sally Shushan |
| Defendants | § | |
| | § | **JURY TRIAL DEMANDED** |

**DEFENDANTS McGRIFF, SEIBELS & WILLIAMS, INC.'S AND McGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, OR, ALTERNATIVELY, MOTION FOR ADMINISTRATIVE STAY OF SUIT PENDING RESOLUTION OF STATE COURT ACTION AND INSURANCE COVERAGE ISSUES; AND RULE 12(B)(7) MOTION TO DISMISS FOR FAILURE TO JOIN A PARTY UNDER RULE 19**

NOW INTO COURT, through undersigned counsel, comes defendants McGriff Seibels &

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Williams, Inc. and McGriff Seibels & Williams of Texas, Inc. (together "McGriff")[1], who respectfully move this Court to dismiss this case for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, or, alternatively, to order an administrative stay of this action pending the resolution of an underlying state court action and the coverage issues of The Babcock & Wilcox Company ("B&W") with respect to its third layer insurance carrier, for all the reasons set forth in the accompanying memorandum in support of this Motion.

Additionally, McGriff moves this Court to dismiss this case pursuant to Rule 12(b)(7) for failure to join a party under Rule 19, for all the reasons set forth in the accompanying memorandum in support of this Motion.

---

[1] On June 13, 2006, B&W filed its First Amended Complaint, purporting to add Defendants' errors and omissions and professional liability insurers pursuant to Louisiana's Direct Action Statute, LSA R.S. 22:655 *et seq.* Defendants' Motions to Dismiss apply as well to the allegations of the First Amended Complaint and to any liability that is contingent and dependent upon a finding of legal liability against Defendants.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

_____
Alan H. Goodman (Bar #6131)
Brent C. Wyatt (Bar #25308)
2100 Pan-American Life Center
601 Poydras Street
New Orleans, La.   70130
Phone:  (504) 584-9419
Fax:      (504) 584-9142


ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.
Irving C. Stern, *Pro Hac Vice*
Tex. Bar No. 19175500
Kay Carnley Vickers, *Pro Hac Vice*
Tex. Bar No. 03832300
Jennifer S. Wilson, *Pro Hac Vice*
Tex. Bar No. 21697500
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Phone:  (713) 552-1234
Fax:      (713) 963-0859

**Attorneys for McGriff, Seibels & Williams, Inc.
and McGriff, Seibles & Williams of Texas, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a true and correct copy of the foregoing was served by first class mail upon Plaintiff, The Babcock & Wilcox Company and on behalf of its attorneys of record as follows:

Jan M. Hayden
William H. Patrick, III
Warren Horn
**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**
650 Poydras Street, Ste 2500
New Orleans, LA 70130-6103

Neal R. Brendel
Roberta D. Anderson
**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, L.L.P.**
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222