IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE BABCOCK & WILCOX COMPANY, | § | |
| Plaintiff, | § | Civil Action No. 05-4202 |
| | § | Civil Action No. 06-223 |
| | § | (Consolidated) |
| v. | § | |
| | § | Section "J" (1) |
| MCGRIFF, SEIBELS & WILLIAMS, | § | Judge Carl J. Barbier |
| INC. and MCGRIFF, SEIBELS & | § | |
| WILLIAMS OF TEXAS, INC., | § | Magistrate Judge Sally Shushan |
| Defendants | § | |
| | § | **JURY TRIAL DEMANDED** |

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that McGriff, Seibels & Williams of Texas, Inc. and McGriff, Seibels & Williams, Inc. (together "McGriff") have filed the Defendants McGriff, Seibels & Williams, Inc.'s and McGriff, Seibels & Williams of Texas, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction, or, Alternatively, Motion for Administrative Stay of Suit Pending Resolution of State Court

Action and Insurance Coverage Issues; and Rule 12(b)(7) Motion to Dismiss for Failure to Join a Party Under Rule 19 (the "Motion").

**NOTICE IS FURTHER GIVEN** that a hearing will be held on the 30th day of August, 2006 at 10:00 a.m. before Honorable Carl J. Barbier, United States District Court for the Eastern District of Louisiana, C256 Hale Boggs Federal Bldg., 500 Poydras Street, New Orleans, Louisiana, 70130 on the Motion.

**NOTICE IS FURTHER GIVEN** that any interested party having an objection to the Motion or other relief requested, must file a written objection with the Clerk of Court, United States District Court, Eastern District of Louisiana at least eight (8) calendar days prior to the scheduled hearing and must serve a copy on the attorneys set forth below by that date.

New Orleans, Louisiana, this 30th day of June, 2006.

LEMLE & KELLEHER, L.L.P.

_____
Alan H. Goodman (Bar #6131)
Brent C. Wyatt (Bar #25308)
2100 Pan-American Life Center
601 Poydras Street
New Orleans, La.   70130
Phone:  (504) 584-9419
Fax:     (504) 584-9142


ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.
Irving C. Stern, *Pro Hac Vice*
Tex. Bar No. 19175500
Kay Carnley Vickers, *Pro Hac Vice*
Tex. Bar No. 03832300
Jennifer S. Wilson, *Pro Hac Vice*
Tex. Bar No. 21697500
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Phone:  (713) 552-1234
Fax:     (713) 963-0859

**Attorneys for McGriff, Seibels & Williams, Inc.
and McGriff, Seibles & Williams of Texas, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a true and correct copy of the foregoing was served by first class mail upon Plaintiff, The Babcock & Wilcox Company and on behalf of its attorneys of record as follows:

Jan M. Hayden
William H. Patrick, III
Warren Horn
HELLER, DRAPER, HAYDEN, PATRICK
  & HORN, L.L.C.
650 Poydras Street, Ste 2500
New Orleans, LA 70130-6103

Neal R. Brendel
Roberta D. Anderson
KIRKPATRICK & LOCKHART
  NICHOLSON GRAHAM, L.L.P.
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

_____

616629