```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

THE BABCOCK & WILCOX COMPANY                    CIVIL ACTION

VERSUS
                                                NO. 05-4202

MCGRIFF, SEIBELS & WILLIAMS, INC and            SECTION "J"(1)
MCGRIFF, SEIBELS & WILLIAMS OF TEXAS. INC
```

### ORDER

Defense counsel has informed the Court that Plaintiffs' Motion to Lift Stay (Rec. Doc. 40) is opposed. Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Lift Stay (Rec. Doc. 40)** is set for hearing, without oral argument, on **Wednesday, August 22, 2007**. Any opposition thereto shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana this 6th day of August, 2007.

                                    _____
                                    CARL J. BARBIER
                                    UNITED STATES DISTRICT JUDGE

1